IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL G. SANCHEZ, Jr.,

    Petitioner,                   No. CIV S-10-0596 FCD KJM P

    vs.

JAMES WALKER, et al.,

    Respondents.               <u>ORDER</u>

                                          /

          Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus, challenging the loss of good time credits as the result of a disciplinary finding.

          On July 30, 2010, petitioner filed a motion to hold the petition in abeyance to allow him to exhaust state remedies.  Although the grounds of the motion are not entirely clear, it appears that petitioner seeks to pursue claims about the adequacy of the law library and interference with his legal mail, neither of which will have any impact on the instant habeas matter or on the computation of his good time credits.

/////

/////

/////

1

1    IT IS THEREBY ORDERED that petitioner's motion for a stay (docket no. 12) is
2 denied.
3 DATED: August 10, 2010.

_____
U.S. MAGISTRATE JUDGE

2
sanc0596.ns

2